# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 19-3014

———————————————

Kevin D. Jones

*Plaintiff - Appellant*

v.

Romona Huff, Health Service Supervisor, CCS; Joe Paige, Warden, Tucker Unit, ADC; Ron Bailey, Captain, Tucker Unit, ADC; Guy Michael Henry, Doctor (Originally named as Henery)

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

——————————

Submitted: April 15, 2020
Filed: April 21, 2020
[Unpublished]

——————————

Before BENTON, WOLLMAN, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Arkansas inmate Kevin D. Jones appeals the district court's[1] grant of summary judgment to defendants based on his failure to exhaust administrative remedies in this 42 U.S.C. § 1983 action. Upon de novo review, we agree with the district court's determination that Jones's claims were unexhausted. See Faulkner v. Douglas Cty., Neb., 906 F.3d 728, 732 (8th Cir. 2018) (reviewing de novo grant of summary judgment); see also King v. Iowa Dep't of Corr., 598 F.3d 1051, 1052 (8th Cir. 2010) (reviewing de novo dismissal for failure to exhaust administrative remedies); Johnson v. Jones, 340 F.3d 624, 627 (8th Cir. 2003) (dismissal is required if inmate has not exhausted administrative remedies before filing federal suit). The judgment is affirmed. See 8th Cir. R. 47B.

——————————————————

[1] The Honorable D.P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.